**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Park West Circle Realty, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3548072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**315 W. 57th Street, LL4**<br>**New York, NY**<br>ZIP Code **10019** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Park West Circle Realty, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)          (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Park West Circle Realty, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ Jonathan S. Pasternak**
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak**
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**

Address

**(914) 381-7400  Fax: (914) 381-7406**
Telephone Number

**June 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Dr. William Louie**
Signature of Authorized Individual

**Dr. William Louie**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**June 2, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **Park West Circle Realty, LLC**
       Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Abram, Fensterman, Fensterman, Elsman**<br>11 Marcus Ave. Ste. 107<br>Lake Success, NY 11042 | **Abram, Fensterman, Fensterman, Elsman**<br>11 Marcus Ave. Ste. 107<br>Lake Success, NY 11042 | | | **19,629.04** |
| **Astoria Mechcanical Corp.**<br>20-36 Steinway Street<br>Astoria, NY 11105 | **Astoria Mechcanical Corp.**<br>20-36 Steinway Street<br>Astoria, NY 11105 | | | **2,758.17** |
| **Charles River Associates**<br>P.O. Box 845960<br>Boston, MA 02284-5960 | **Charles River Associates**<br>P.O. Box 845960<br>Boston, MA 02284-5960 | | | **139,973.91** |
| **Constantine Cannon, LLP**<br>c/o Matthew L. Cantor, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | **Constantine Cannon, LLP**<br>c/o Matthew L. Cantor, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | | | **2,176,872.64** |
| **Emery Celli Brinckerhoff & Abady,LLP**<br>75 Rockefeller Plaza, 20th Fl<br>New York, NY 10019 | **Emery Celli Brinckerhoff & Abady,LLP**<br>75 Rockefeller Plaza, 20th Fl<br>New York, NY 10019 | | | **49,122.24** |
| **FTI Consulting, Inc.**<br>P.O. Box 630391<br>Baltimore, MD 21263-0391 | **FTI Consulting, Inc.**<br>P.O. Box 630391<br>Baltimore, MD 21263-0391 | | | **3,528.40** |
| **GE Healthcare**<br>P.O. Box 640944<br>Pittsburgh, PA 15264-0944 | **GE Healthcare**<br>P.O. Box 640944<br>Pittsburgh, PA 15264-0944 | | | **3,152.94** |
| **Imvirtus, Inc.**<br>860 Broadway Suite 2-P<br>Long Beach, NY 11561 | **Imvirtus, Inc.**<br>860 Broadway Suite 2-P<br>Long Beach, NY 11561 | | | **4,695.31** |
| **Key Equipment Finance, Inc.**<br>P.O. Box 74534<br>Cleveland, OH 44194 | **Key Equipment Finance, Inc.**<br>P.O. Box 74534<br>Cleveland, OH 44194 | | | **4,589.38** |
| **Key Equipment Finance, Inc.**<br>P.O. Box 74534<br>Cleveland, OH 44194 | **Key Equipment Finance, Inc.**<br>P.O. Box 74534<br>Cleveland, OH 44194 | | | **61,960.23** |
| **Law Offices of Gary I. Fields**<br>Attn: Jarret Wolfson, Esq.<br>8 Haven Avenue<br>Port Washington, NY 11050 | **Law Offices of Gary I. Fields**<br>Attn: Jarret Wolfson, Esq.<br>8 Haven Avenue<br>Port Washington, NY 11050 | | | **36,851.00** |

In re **Park West Circle Realty, LLC**      Case No. _____

    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LECG, LLC<br>P.O. Box 952423<br>Saint Louis, MO 63195-2423 | LECG, LLC<br>P.O. Box 952423<br>Saint Louis, MO 63195-2423 | | | 77,923.10 |
| Lenox Hill Radiology, LLC<br>61 East 77th Street<br>New York, NY 10021 | Lenox Hill Radiology, LLC<br>61 East 77th Street<br>New York, NY 10021 | | | 247,077.05 |
| McGowan Builders, Inc.<br>1200 Paterson Plank Road<br>North Bergen, NJ 07047 | McGowan Builders, Inc.<br>1200 Paterson Plank Road<br>North Bergen, NJ 07047 | | | 3,969.00 |
| MedInformatix<br>5777 W. Century Blvd. #1700<br>North Bergen, NJ 07047 | MedInformatix<br>5777 W. Century Blvd. #1700<br>North Bergen, NJ 07047 | | | 2,500.00 |
| Nuance Communications, Inc.<br>P.O. Box 7247-6924<br>Philadelphia, PA 19170-6924 | Nuance Communications, Inc.<br>P.O. Box 7247-6924<br>Philadelphia, PA 19170-6924 | | | 8,400.62 |
| Park Towers South, LLC<br>c/o Pelican Management<br>524 North Avenue<br>New Rochelle, NY 10801 | Park Towers South, LLC<br>c/o Pelican Management<br>524 North Avenue<br>New Rochelle, NY 10801 | | | 39,655.81 |
| Peluso & Touger, LLP<br>70 Lafayette Street<br>New York, NY 10013 | Peluso & Touger, LLP<br>70 Lafayette Street<br>New York, NY 10013 | | | 20,437.33 |
| Pinnacle Health Consultants<br>111 Marcus Avenue, Ste LL08<br>Lake Success, NY 11042 | Pinnacle Health Consultants<br>111 Marcus Avenue, Ste LL08<br>Lake Success, NY 11042 | | | 18,406.76 |
| Practice Services, LLC<br>1 West 34th Street, Ste 501<br>New York, NY 10001 | Practice Services, LLC<br>1 West 34th Street, Ste 501<br>New York, NY 10001 | | | 16,363.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 2, 2010**      Signature **/s/ Dr. William Louie**
                                                              **Dr. William Louie**
                                                              **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **Park West Circle Realty, LLC**  
                    Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 2, 2010**

**/s/ Dr. William Louie**  
**Dr. William Louie/Managing Member**  
Signer/Title

ABRAM, FENSTERMAN,
FENSTERMAN, ELSMAN
11 MARCUS AVE. STE. 107
LAKE SUCCESS, NY 11042


ALPHA MEDICAL EQUIPMENT OF NY
145 SAW MILL RIVER ROAD
YONKERS, NY 10701


ANDREWS TECHNOLOGY HMS, INC.
700 MILITARY CUTOFF RD.STE.234
WILMINGTON, NC 28405


ASTORIA MECHCANICAL CORP.
20-36 STEINWAY STREET
ASTORIA, NY 11105


CERTIFIED G.I., INC.
623 W 51ST STREET
NEW YORK, NY 10019


CHARLES RIVER ASSOCIATES
P.O. BOX 845960
BOSTON, MA 02284-5960


CONSTANTINE CANNON, LLP
C/O MATTHEW L. CANTOR, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017


EMERY CELLI
BRINCKERHOFF & ABADY,LLP
75 ROCKEFELLER PLAZA, 20TH FL
NEW YORK, NY 10019


FINK & CARNEY REPORTING &VIDEO
39 WEST 37TH STREET
NEW YORK, NY 10018


FTI CONSULTING, INC.
P.O. BOX 630391
BALTIMORE, MD 21263-0391

GE HEALTHCARE
P.O. BOX 640944
PITTSBURGH, PA 15264-0944


HYCO PRINTED PRODUCTS, INC.
P.O. BOX 2068
WAYNE, NJ 07474-2068


IMVIRTUS, INC.
860 BROADWAY SUITE 2-P
LONG BEACH, NY 11561


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


KEY EQUIPMENT FINANCE, INC.
P.O. BOX 74534
CLEVELAND, OH 44194


LAW OFFICES OF GARY I. FIELDS
ATTN: JARRET WOLFSON, ESQ.
8 HAVEN AVENUE
PORT WASHINGTON, NY 11050


LECG, LLC
P.O. BOX 952423
SAINT LOUIS, MO 63195-2423


LENOX HILL RADIOLOGY, LLC
61 EAST 77TH STREET
NEW YORK, NY 10021


MAUREEN DATA SYSTEMS, INC.
500 WEST 43RD STREET, STE. 33B
NEW YORK, NY 10036


MCGOWAN BUILDERS, INC.
1200 PATERSON PLANK ROAD
NORTH BERGEN, NJ 07047


MEDINFORMATIX
5777 W. CENTURY BLVD. #1700
NORTH BERGEN, NJ 07047

NEW YORK CHIROPRACTIC COUNCIL
1 CROSS ISLAND PLAZA, STE. 218
ROSEDALE, NY 11422


NEW YORK COMMERCIAL BANK
1 JERICHO PLAZA, 2ND FL. WINGB
JERICHO, NY 11753


NEW YORK COMMERCIAL BANK
ATTN: KURT POPHMER, V.P.
387 PARK AVE. SOUTH 9TH FL.
NEW YORK, NY 10016


NUANCE COMMUNICATIONS, INC.
P.O. BOX 7247-6924
PHILADELPHIA, PA 19170-6924


NYC DEPARTMENTOF OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN:LEGAL AFFAIRS-DEVORA COHN
BROOKLYN, NY 11201-3719


NYS DEPT. TAXATION & FINANCE
BANKRUPTCY /SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205


NYS UNEMPLOYMENT
INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


OFFICE FURNITURE PARTERNSHIP
494 EIGHTH AVENUE, PENTHOUSE
NEW YORK, NY 10001


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


PARK TOWERS SOUTH, LLC
C/O PELICAN MANAGEMENT
524 NORTH AVENUE
NEW ROCHELLE, NY 10801

PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NY 10013


PETRONE ASSOCIATES, LLC
728 CASTLETON AVENUE
STATEN ISLAND, NY 10310


PINNACLE HEALTH CONSULTANTS
111 MARCUS AVENUE, STE LL08
LAKE SUCCESS, NY 11042


PRACTICE SERVICES, LLC
1 WEST 34TH STREET, STE 501
NEW YORK, NY 10001


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SIEMENS FINANCIAL SERVICES,INC
2809 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


SIEMENS FINANCIAL SERVICES,INC
51 VALLEY STREAM PARKWAY,MSK21
MALVERN, PA 19355


SIEMENS FINANCIAL SERVICES,INC
C/O ARLENE GELMAN, ESQ.
1633 BROADWAY
NEW YORK, NY 10019-6774


SIEMENS FINANCIAL SERVICES,LLC
170 WOOD AVENUE SOUTH
ISELIN, NJ 08830


SIEMENS MEDICAL SOLUTIONS USA,
ATTN: BILL GOWEN
170 WOOD AVENUE SOUTH
ISELIN, NJ 08830

```
SOUTHERN DISTRICT REPORTERS,PC
500 PEARL STREET, ROOM 330
NEW YORK, NY 10007


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


UNITEX TEXTILE RENTAL
155 SO. TERRACE AVENUE
MOUNT VERNON, NY 10550


VERIZON BUSINESS
P.O. BOX 371355
PITTSBURGH, PA 15250-7355
```

# United States Bankruptcy Court
## Southern District of New York

In re **Park West Circle Realty, LLC**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dr. William Louie**, declare under penalty of perjury that I am the **Managing Member and Shareholder** of **Park West Circle Realty, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 2nd day of June 2010.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dr. William Louie**, **Managing Member and Shareholder** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dr. William Louie**, **Managing Member and Shareholder** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dr. William Louie**, **Managing Member and Shareholder** of this Limited Liability Company is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Rattet, Pasternak & Gordon-Oliver, LLP** to represent the corporation in such bankruptcy case."

Date June 2, 2010

Signed /s/ **Dr. William Louie**
**Dr. William Louie**
**Managing Member and Shareholder**

Resolution of Board of Directors
of
**Park West Circle Realty, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dr. William Louie**, **Managing Member and Shareholder** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Dr. William Louie**, **Managing Member and Shareholder** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Dr. William Louie**, **Managing Member and Shareholder** of this Limited Liability Company is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Rattet, Pasternak & Gordon-Oliver, LLP** to represent the Limited Liability Company in such bankruptcy case.

Date  June 2, 2010                      *Signed*  */s/ Dr. William Louie*
                                                  **Dr. William Louie**
                                                  **Managing Member and Shareholder**