RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Debtors
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Jonathan S. Pasternak, Esq.
Erica Feynman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

                                                        Chapter 11
PARK WEST CIRCLE REALTY, LLC.                           Case No. 10-


                        Debtor.
------------------------------------------------------------------X
In re:

PARK WEST RADIOLOGY, P.C.                               Chapter 11
                                                        Case No. 10-
                        Debtor.
------------------------------------------------------------------X

## DECLARATION OF DR. WILLIAM LOUIE PURSUANT
## TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

    DR. WILLIAM LOUIE, hereby declares the following:

    1.    I am the managing member of Park West Circle Realty, LLC and the President

and a shareholder of Park West Radiology, P.C. (respectively, "PWCR" and "PWR",

collectively, the "Debtors"). As such, I am familiar with the Debtors' respective operations,

businesses and financial affairs.

    2.    I submit this affidavit pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Rule 1007-2 of the Local Rules for the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules").

3.　　Part I of this Affidavit describes the Debtors' respective businesses and

circumstances leading to the commencement of these chapter 11 cases. Part II provides

information required by Local Bankruptcy Rule 1007-2.

## PART I

## BACKGROUND

4.　　The Debtors own and operate, on a consolidated basis, an MRI, CT and radiology

imaging facility located at 315 West 57th Street, New York, NY 10019. The Debtors are the first

imaging facility in New York City to install the *Ultra High-Field 3T MRI* which features new

patient-friendly gantry configuration.

5.　　The Debtors are jointly operated consistent with standard practice in the

professional radiology service business.

6.　　Specifically, the Debtor PWCR is the managing and business operating entity,

where substantially all of the Debtors' assets and liabilities are booked, all non-professional

employees are employed and most operating expenses are incurred.

7.　　The Debtor PWR is the "professional' entity which is responsible for direct

billing to patient and health insurance carriers, and where all of the Debtor's professionals, i.e.,

technicians and doctors, are employed and insured. PWCR in turn bills, or invoices, PWR for

"facility use" fees.

8.　　The Debtors are still in their formative stages, having commenced the build out of

its premises in 2005 and operations in mid-2008, but, for the reasons set forth below, it has not

been until approximately February, 2010 that the Debtors have been able to increase revenues to

a point where their consolidated operations are now viable.

9.    From 2008 to 2009 the Debtors were involved in costly and intensive litigation and ultimate settlement with CareCore Radiology ("CareCore"), a division of CareCore National, LLC, a radiology benefits management firm which provides health insurance plans and their approximate 30 million members with radiology benefit management services. The settlement with CareCore was not effectuated until December, 2009, and it was not until approximately February, 2010 when the Debtors began to realize the benefits of the settlement in terms of increased revenues.

10.    Unfortunately, the Debtor expended and/or incurred over $5 million in litigation related fees, for which the Debtors still owe more than $2 million.

11.    Despite Debtors' recent turnaround efforts, the Debtors have been left with unreasonably small capital to repay all of the outstanding litigation related payables as well as make full debt service to its various secured lenders and equipment financiers who are owed in the aggregate in excess of $6 million.

12.    Notwithstanding, the Debtors believe that if they are permitted a reasonable opportunity to reorganize their affairs, their continued operations and hopeful increase in revenues will permit them to restructure their various secured and unsecured debt obligations and reorganize their business affairs on the whole.

13.    The Debtors' members, who have already invested millions and loaned additional millions to the Debtors, stand committed to the Debtors and their reorganization efforts.

14.    The Debtors are confident that Chapter 11 will enable them to obtain some breathing room from their creditors, afford them the time to restructure their operations and obligations and begin to see the savings they anticipate. The Debtors intend to take advantage of

3

current and future revenues thereby enabling them to fund a plan of reorganization, successfully emerge from bankruptcy and regain their position as one of New York City's premier radiology centers.

## PART II

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007

15. In addition to the foregoing, Local Bankruptcy Rule 1007-4 requires certain information related to the Debtors, which is set forth below.

**Local Rule 1007-2(a)(1)**

16. The Debtors operate a radiology and imaging facility. The Debtors' bankruptcy was precipitated by a combination of operating losses and accrued and unpaid substantial legal and related professional fees in connection with the CareCore lawsuit and settlement reached in 2009.

**Local Rule 1007-2(a)(2)**

17. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005. No trustee or committee has been appointed herein.

**Local Rule 1007-2(a)(3)**

18. Upon information and belief, no committee was organized prior to the order for relief in these Chapter 11 cases.

**Local Rule 1007-2(a)(4)**

19. A list of the names and addresses of the Debtors' respective 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting under 11 U.S.C. Section 702; those who were employees of the Debtors at the Filing Date, and creditors who are

4

"insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed hereto as **Schedule I.**

**Local Rule 1007-2(a)(5)**

20.     A list of the names and addresses of the Debtors' respective five largest secured creditors is annexed hereto as **Schedule II**.

**Local Rule 1007-2(a)(6)**

21.     Summaries of the Debtors' assets and liabilities are annexed as **Schedule III**.

**Local Rule 1007-2(2)(7)**

22.     There are no publicly held securities of the Debtors. A list of equity interest holders in the Debtors is annexed hereto as **Schedule IV.**

**Local Rule 1007-2(2)(8)**

23.     None of the Debtors' property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

24.     The Debtors' offices are located at 315 West 57th Street, New York, NY 10019.

**Local Rule 1007-2(a)(10)**

25.     The Debtors' substantial assets as well as its books and records are located at its offices (as described above).

26.     The Debtors do not own any assets outside the territorial limits of the United States.

**Local Rule 1007-2(a)(11)**

27.     Pending actions or proceedings against the Debtors or their property are annexed hereto as **Schedule V.**

**Local Rule 1007-2(a)(12)**

28.     The senior management of the Debtors consists of William Louie as managing member of PWCR and President of PWR.

**Local Rule 1007-2(b)(1)**

29.     The estimated payroll to the employees of the Debtors, exclusive of managers, officers and directors, for the thirty (30) day period following the filing of the chapter 11 petition is $90,300, which sum is inclusive of all payroll taxes, wage and union related benefits.

**Local Rule 1007-2(b)(2)**

30.     The estimated amount to be paid by the Debtors for services to their managers, officers and directors for the thirty (30) day period following the filing of the Chapter 11 petition is $42,286.

**Local Rule 1007-2(b)(3)**

31.     The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is annexed as **Schedule VI.**

32.     Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      June 2, 2010

                          /s/_____
                          DR. WILLIAM LOUIE

## Schedule I

**List of Debtors' 20 Largest Unsecured Creditors**

See attached

# United States Bankruptcy Court
## Southern District of New York

In re    Park West Circle Realty, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Abram, Fensterman, Fensterman, Elsman 11 Marcus Ave. Ste. 107 Lake Success, NY 11042 | Abram, Fensterman, Fensterman, Elsman 11 Marcus Ave. Ste. 107 Lake Success, NY 11042 | | | 19,629.04 |
| Astoria Mechcanical Corp. 20-36 Steinway Street Astoria, NY 11105 | Astoria Mechcanical Corp. 20-36 Steinway Street Astoria, NY 11105 | | | 2,758.17 |
| Charles River Associates P.O. Box 845960 Boston, MA 02284-5960 | Charles River Associates P.O. Box 845960 Boston, MA 02284-5960 | | | 139,973.91 |
| Constantine Cannon, LLP c/o Matthew L. Cantor, Esq. 450 Lexington Avenue New York, NY 10017 | Constantine Cannon, LLP c/o Matthew L. Cantor, Esq. 450 Lexington Avenue New York, NY 10017 | | | 2,176,872.64 |
| Emery Celli Brinckerhoff & Abady,LLP 75 Rockefeller Plaza, 20th Fl New York, NY 10019 | Emery Celli Brinckerhoff & Abady,LLP 75 Rockefeller Plaza, 20th Fl New York, NY 10019 | | | 49,122.24 |
| FTI Consulting, Inc. P.O. Box 630391 Baltimore, MD 21263-0391 | FTI Consulting, Inc. P.O. Box 630391 Baltimore, MD 21263-0391 | | | 3,528.40 |
| GE Healthcare P.O. Box 640944 Pittsburgh, PA 15264-0944 | GE Healthcare P.O. Box 640944 Pittsburgh, PA 15264-0944 | | | 3,152.94 |
| Imvirtus, Inc. 860 Broadway Suite 2-P Long Beach, NY 11561 | Imvirtus, Inc. 860 Broadway Suite 2-P Long Beach, NY 11561 | | | 4,695.31 |
| Key Equipment Finance, Inc. P.O. Box 74534 Cleveland, OH 44194 | Key Equipment Finance, Inc. P.O. Box 74534 Cleveland, OH 44194 | | | 4,589.38 |
| Key Equipment Finance, Inc. P.O. Box 74534 Cleveland, OH 44194 | Key Equipment Finance, Inc. P.O. Box 74534 Cleveland, OH 44194 | | | 61,960.23 |
| Law Offices of Gary I. Fields Attn: Jarret Wolfson, Esq. 8 Haven Avenue Port Washington, NY 11050 | Law Offices of Gary I. Fields Attn: Jarret Wolfson, Esq. 8 Haven Avenue Port Washington, NY 11050 | | | 36,851.00 |

In re   **Park West Circle Realty, LLC**          Case No. _____

                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| LECG, LLC<br>P.O. Box 952423<br>Saint Louis, MO 63195-2423 | LECG, LLC<br>P.O. Box 952423<br>Saint Louis, MO 63195-2423 | | | 77,923.10 |
| Lenox Hill Radiology, LLC<br>61 East 77th Street<br>New York, NY 10021 | Lenox Hill Radiology, LLC<br>61 East 77th Street<br>New York, NY 10021 | | | 247,077.05 |
| McGowan Builders, Inc.<br>1200 Paterson Plank Road<br>North Bergen, NJ 07047 | McGowan Builders, Inc.<br>1200 Paterson Plank Road<br>North Bergen, NJ 07047 | | | 3,969.00 |
| MedInformatix<br>5777 W. Century Blvd. #1700<br>North Bergen, NJ 07047 | MedInformatix<br>5777 W. Century Blvd. #1700<br>North Bergen, NJ 07047 | | | 2,500.00 |
| Nuance Communications, Inc.<br>P.O. Box 7247-6924<br>Philadelphia, PA 19170-6924 | Nuance Communications, Inc.<br>P.O. Box 7247-6924<br>Philadelphia, PA 19170-6924 | | | 8,400.62 |
| Park Towers South, LLC<br>c/o Pelican Management<br>524 North Avenue<br>New Rochelle, NY 10801 | Park Towers South, LLC<br>c/o Pelican Management<br>524 North Avenue<br>New Rochelle, NY 10801 | | | 39,655.81 |
| Peluso & Touger, LLP<br>70 Lafayette Street<br>New York, NY 10013 | Peluso & Touger, LLP<br>70 Lafayette Street<br>New York, NY 10013 | | | 20,437.33 |
| Pinnacle Health Consultants<br>111 Marcus Avenue, Ste LL08<br>Lake Success, NY 11042 | Pinnacle Health Consultants<br>111 Marcus Avenue, Ste LL08<br>Lake Success, NY 11042 | | | 18,406.76 |
| Practice Services, LLC<br>1 West 34th Street, Ste 501<br>New York, NY 10001 | Practice Services, LLC<br>1 West 34th Street, Ste 501<br>New York, NY 10001 | | | 16,363.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 2, 2010**_____       Signature   **/s/ Dr. William Louie**_____
                                                **Dr. William Louie**
                                                **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    Park West Radiology, P.C.                       Case No. _____
                                      Debtor(s)             Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alpha Medical**<br>**Waste Removal, Inc.**<br>**66A Broadway #4**<br>**Staten Island, NY 10310** | **Alpha Medical**<br>**Waste Removal, Inc.**<br>**66A Broadway #4**<br>**Staten Island, NY 10310** | | | 341.87 |
| **Angiotech Medical**<br>**Device Technology, Inc.**<br>**135 S. LaSalle, Dept. 2944**<br>**Chicago, IL 60674-2944** | **Angiotech Medical**<br>**Device Technology, Inc.**<br>**135 S. LaSalle, Dept. 2944**<br>**Chicago, IL 60674-2944** | | | 976.52 |
| **Bard Peripherla Vascular, Inc.**<br>**P.O. Box 75767**<br>**Charlotte, NC 28275** | **Bard Peripherla Vascular, Inc.**<br>**P.O. Box 75767**<br>**Charlotte, NC 28275** | | | 1,970.64 |
| **Henry Schein**<br>**P.O. Box 382023**<br>**Pittsburgh, PA 15250-8023** | **Henry Schein**<br>**P.O. Box 382023**<br>**Pittsburgh, PA 15250-8023** | | | 3,342.66 |
| **Hologic, Inc.**<br>**24506 Network Place**<br>**Chicago, IL 60673-1245** | **Hologic, Inc.**<br>**24506 Network Place**<br>**Chicago, IL 60673-1245** | | | 14,751.77 |
| **Lenox Hill Radiology**<br>**& Medical Imaging**<br>**61 East 77th Street**<br>**New York, NY 10021** | **Lenox Hill Radiology**<br>**& Medical Imaging**<br>**61 East 77th Street**<br>**New York, NY 10021** | | | 334,677.90 |
| **Nova Biomedical**<br>**P.O. Box 983115**<br>**Boston, MA 02298-3115** | **Nova Biomedical**<br>**P.O. Box 983115**<br>**Boston, MA 02298-3115** | | | 39.63 |
| **SourceOne**<br>**Healthcare Technologies, Inc.**<br>**P.O. Box 8004**<br>**Mentor, OH 44061-8004** | **SourceOne**<br>**Healthcare Technologies, Inc.**<br>**P.O. Box 8004**<br>**Mentor, OH 44061-8004** | | | 12,730.97 |
| **Thomas C. Varvaro, CPA, PC**<br>**1160 East Jericho Tpk. Ste 115**<br>**Huntington, NY 11743** | **Thomas C. Varvaro, CPA, PC**<br>**1160 East Jericho Tpk. Ste 115**<br>**Huntington, NY 11743** | **Accounting**<br>**Services Rendered** | | 14,025.00 |
| | | | | |
| | | | | |

In re    **Park West Radiology, P.C.**                                    Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 2, 2010**                          Signature    **/s/ Dr. William Louie**
                                                     **Dr. William Louie**
                                                   **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## Schedule II

### List of Debtors' 5 Largest Secured Creditors

New York Commercial Bank                                $1,440,000
1 Jericho Plaza, 2nd Floor – Wing B
Jericho, NY 11753

Key Equipment Finance Inc.                              $650,000
1000 S. McCaslin Blvd.
Superior, CO 80027

Siemens Financial Services, Inc.                        $4,600,000
170 Wood Avenue South
Iselin, NJ 08830

**<u>Schedule III</u>**

**Balance Sheets**

**See Attached**

# Park West Circle Realty, LLC
## Balance Sheet
### As of December 31, 2009

| | Dec 31, 09 | Dec 31, 08 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| NY Commercial Bank | 1,735.61 | 602.18 |
| **Total Checking/Savings** | 1,735.61 | 602.18 |
| **Total Current Assets** | 1,735.61 | 602.18 |
| **Fixed Assets** | | |
| **Furniture & Fixtures** | | |
| Accumulated depn | -347,760.00 | -128,122.00 |
| Furniture & Fixtures - Other | 896,850.38 | 896,850.38 |
| **Total Furniture & Fixtures** | 549,090.38 | 768,728.38 |
| **Leasehold Improvements** | | |
| Accumulated Depr | -161,046.00 | -53,682.00 |
| Leasehold Improvements - Other | 1,610,462.00 | 1,610,462.00 |
| **Total Leasehold Improvements** | 1,449,416.00 | 1,556,780.00 |
| **Machinery & Equipment** | | |
| Accu depn | -2,569,252.00 | -941,305.00 |
| Machinery & Equipment - Other | 5,329,814.90 | 4,706,525.44 |
| **Total Machinery & Equipment** | 2,760,562.90 | 3,765,220.44 |
| **Total Fixed Assets** | 4,759,069.28 | 6,090,728.82 |
| **Other Assets** | | |
| Due from Elder Avenue Img Hldgs | 17,355.50 | 17,355.50 |
| Sales tax paid | 24,806.48 | 7,575.17 |
| **Security Deposits** | | |
| Electric | 610.00 | 610.00 |
| Security Deposits - Other | 66,563.00 | 63,963.00 |
| **Total Security Deposits** | 67,173.00 | 64,573.00 |
| **Start Up Costs** | | |
| Accum Amort | -23,695.00 | -7,927.00 |
| Legal | 169,467.15 | 169,467.15 |
| Start Up Costs - Other | 67,059.72 | 67,059.72 |
| **Total Start Up Costs** | 212,831.87 | 228,599.87 |
| **Total Other Assets** | 322,166.85 | 318,103.54 |
| **TOTAL ASSETS** | 5,082,971.74 | 6,409,434.54 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| Accounts Payable | 211,294.44 | 50,820.13 |
| **Total Accounts Payable** | 211,294.44 | 50,820.13 |
| **Credit Cards** | | |
| American Express | 55,801.41 | 9,136.69 |
| **Total Credit Cards** | 55,801.41 | 9,136.69 |
| **Other Current Liabilities** | | |
| **Line of Credit-Atlantic Bank** | | |
| Loan # 91032104002 | 300,000.00 | 300,000.00 |
| Loan # 91032104003 | 136,000.00 | 136,000.00 |
| Loan # 91032104004 | 106,054.44 | 134,165.00 |
| Loan # 91032104005 | 631,422.76 | 787,283.69 |
| Loan # 91032104006 | 268,320.83 | 0.00 |
| **Total Line of Credit-Atlantic Bank** | 1,441,798.03 | 1,357,448.69 |
| **Total Other Current Liabilities** | 1,441,798.03 | 1,357,448.69 |

# Park West Circle Realty, LLC
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 | Dec 31, 08 |
|---|---|---|
| **Total Current Liabilities** | 1,708,893.88 | 1,417,405.51 |
| **Long Term Liabilities** |  |  |
| Due from Park West Radiology, P | 0.00 | -278,933.37 |
| Due to/from LHRM | 247,077.05 | 864,644.09 |
| Leases Payable |  |  |
| Lease payable-Key Bank K870-01 | 562,768.64 | 677,711.33 |
| Lease payable-Key Bank K870-02 | 50,466.72 | 60,483.78 |
| Lease payable-Siemens 100-591 | 103,873.30 | 124,680.27 |
| Lease payable-Siemens 102-063 | 57,710.32 | 68,522.12 |
| Lease payable-Siemens 102-109 | 67,616.24 | 79,055.51 |
| Lease payable-Siemens 102-112 | 183,294.35 | 220,338.84 |
| Lease payable-Siemens 102-114 | 25,153.53 | 30,020.68 |
| Lease payable-Siemens 102-379 | 29,032.34 | 0.00 |
| Lease payable-Siemens 103-539 | 280,777.09 | 333,450.81 |
| Lease Payable-Siemens 103-556 | 36,321.71 | 0.00 |
| Lease Payable-Siemens 103-557 | 309,219.07 | 0.00 |
| Lease Payable-Siemens 103-563 | 60,546.92 | 0.00 |
| Lease payable-Siemens 110-1873 | 520,148.47 | 634,896.54 |
| Lease payable-Siemens 130-2715 | 1,546,423.82 | 1,775,206.28 |
| Lease payable-Siemens 130-2735 | 476,229.46 | 575,052.66 |
| Lease payable-Siemens 151-1914 | 140,850.02 | 0.00 |
| Leases Payable - Other | 0.00 | -2,125.29 |
| **Total Leases Payable** | 4,450,432.00 | 4,577,293.53 |
| **Total Long Term Liabilities** | 4,697,509.05 | 5,163,004.25 |
| **Total Liabilities** | 6,406,402.93 | 6,580,409.76 |
| **Equity** |  |  |
| Partners' Capital |  |  |
| Carmel Donovan | -357,695.55 | 86,476.45 |
| David Follett | -170,194.55 | 273,976.45 |
| Donovan Spamer | 64,902.23 | 286,988.23 |
| Keith Tobin | 159,805.45 | 603,976.45 |
| Mona Darwish | 39,902.24 | 249,488.24 |
| William Louie | 129,805.44 | 548,976.44 |
| **Total Partners' Capital** | -133,474.74 | 2,049,882.26 |
| Retained Earnings | -0.48 | 0.00 |
| Net Income | -1,189,955.97 | -2,220,857.48 |
| **Total Equity** | -1,323,431.19 | -170,975.22 |
| **TOTAL LIABILITIES & EQUITY** | 5,082,971.74 | 6,409,434.54 |

# Park West Radiology, P.C.
# Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 | Dec 31, 08 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| New York Commercial Bank | 28,579.87 | 23,873.48 |
| **Total Checking/Savings** | 28,579.87 | 23,873.48 |
| **Other Current Assets** | | |
| Investment in Stephen Meisel | 362.00 | 509.00 |
| **Total Other Current Assets** | 362.00 | 509.00 |
| **Total Current Assets** | 28,941.87 | 24,382.48 |
| **Other Assets** | | |
| Due t/f Elder Ave Img Holdings | 28,614.20 | 28,614.20 |
| **Total Other Assets** | 28,614.20 | 28,614.20 |
| **TOTAL ASSETS** | 57,556.07 | 52,996.68 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| Accounts Payable | 0.00 | -132.72 |
| **Total Accounts Payable** | 0.00 | -132.72 |
| **Total Current Liabilities** | 0.00 | -132.72 |
| **Long Term Liabilities** | | |
| Due t/f LHRMIA PC | 334,677.90 | 131,223.83 |
| Due t/f Park West Circle Realty | 0.00 | 278,933.37 |
| Shareholder loan | | |
| Carmel Donovan | 1,651,100.00 | 825,000.00 |
| David Follett | 1,067,400.00 | 550,000.00 |
| Keith Tobin | 512,000.00 | 220,000.00 |
| Mona Darwish | 429,000.00 | 150,000.00 |
| William Louie | 673,000.00 | 275,000.00 |
| **Total Shareholder loan** | 4,332,500.00 | 2,020,000.00 |
| **Total Long Term Liabilities** | 4,667,177.90 | 2,430,157.20 |
| **Total Liabilities** | 4,667,177.90 | 2,430,024.48 |
| **Equity** | | |
| Capital Stock | 500.00 | 500.00 |
| Retained Earnings | -2,377,527.80 | -1,025,729.21 |
| Net Income | -2,232,594.03 | -1,351,798.59 |
| **Total Equity** | -4,609,621.83 | -2,377,027.80 |
| **TOTAL LIABILITIES & EQUITY** | 57,556.07 | 52,996.68 |

<u>Schedule IV</u>

**<u>Schedule of Equity Interest Holders</u>**

**Park West Circle Realty, LLC:**
**Members:**
Dr. William Louie
Mr. Donovan Spamer
Dr. Keith Tobin
Dr. Mona Darwish
Dr. Carmela Donovan
Dr. David Follett

**Park West Radiology, P.C.**
**Shareholders:**
Dr. William Louie
Dr. Keith Tobin
Dr. Mona Darwish
Dr. Carmela Donovan
Dr. David Follett

## Schedule V

### List of Lawsuits

### NONE

## Schedule VI

**Projections**

**See attached**

**Park West Radiology, PC/Park West Circle Realty, LLC**
**Projected Monthly Cash Flow**
**June to November, 2010**

| | 2010 | | | | | |
|---|---|---|---|---|---|---|
| | June | July | August | September | October | November |
| **Operating cash receipts:** | | | | | | |
| Collected fees for month | 285,000 | 300,000 | 315,000 | 325,000 | 335,000 | 345,000 |
| **Operating cash disbursements:** | | | | | | |
| Radiologist salary (includes p/r tax and related charges) | 31,783 | 31,783 | 31,783 | 31,783 | 47,645 | 31,783 |
| Other salaries (includes p/r tax and related charges incl ADP) | 90,300 | 90,300 | 90,300 | 90,300 | 136,450 | 90,300 |
| Management salaries (includes p/r tax and related charges incl ADP) | 10,523 | 10,523 | 10,523 | 10,523 | 15,785 | 10,523 |
| Physician consultants | 13,891 | 13,891 | 13,891 | 13,891 | 20,837 | 13,891 |
| Computer consultant | 6,250 | 6,250 | 6,250 | 6,250 | 9,819 | 6,250 |
| Networking services | 6,546 | 6,546 | 6,546 | 6,546 | 6,250 | 6,546 |
| Malpractice insurance for one full time equivalent | | | | | 10,000 | |
| Rent | 39,800 | 39,800 | 39,800 | 39,800 | 39,800 | 39,800 |
| Medical supplies | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Billing service (see Note 1) | 15,675 | 16,500 | 17,325 | 13,000 | 10,050 | 10,350 |
| Legal and accounting fees (see Note 2) | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Medical equipment maintenance | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Utilities | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 | 4,400 |
| Health Insurance | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Telephone and internet | 2,865 | 2,865 | 2,865 | 2,865 | 2,865 | 2,865 |
| Insurance | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Software maintenance contract | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Various supplies | 1,800 | 1,800 | 1,800 | 1,800 | 2,000 | 2,000 |
| Bookkeeper | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 |
| Repairs and maintenance (not medical equip rel'd) | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 |
| Uniforms and linens | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 |
| Physician | | | | | 1,108 | 1,108 |
| Postage and messenger | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 | 1,108 |
| New York City Commercial Rent Tax | | | 1,050 | 1,050 | 1,050 | 1,050 |
| Bank and credit card fees | 4,660 | | | | | |
| All other expenses | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 |
| **Total monthly operating cash disbursements** | 254,688 | 260,853 | 251,678 | 262,013 | 315,484 | 244,703 |
| **Operating cash flow for month** | 30,312 | 39,147 | 63,322 | 72,987 | 19,516 | 100,297 |
| **Payments to secured creditors:** | | | | | | |
| Siemens Financial | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Key Bank | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 |
| New York Commercial Bank | 6,202 | 6,132 | 6,061 | 5,990 | 5,919 | 5,847 |
| **Total payments to secured creditors** | 44,702 | 44,632 | 44,561 | 44,490 | 44,419 | 44,347 |
| **Net monthly cash flow** | (14,390) | (5,485) | 18,761 | 28,497 | (24,903) | 55,950 |
| Cash balance - beginning of month | - | (14,390) | (19,875) | (1,114) | 27,383 | 2,480 |
| Cash balance - end of month | (14,390) | (19,875) | (1,114) | 27,383 | 2,480 | 58,430 |

**Notes:**

1. The Company is switching billing services on July 1, 2010. The fees for the new service are substantially lower than the previous one. Therefore, the projected billing service fees above are estimated based on the reduction in these fees for amounts collected by the new service. Other than the fee, these projections do not reflect any effect that switching billing services will have on cash flow as management has indicated there will not be any effect.

2. Bankruptcy related legal and accounting fees will accrue during the six month period which ends November 30, 2010.