UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re                                              Lead Case No. 10-12965 (AJG)

PARK WEST CIRCLE REALTY, LLC and                   (Chapter 11)
PARK WEST RADIOLOGY, P.C.,
                                                   (Jointly Administered)

                Debtors.

---------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

      Pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the Official Committee of Unsecured Creditors:

1.     CRA International, Inc.
       200 Clarendon Street, 7-33
       Boston, MA 02116

       Attn:   Jonathan D. Yellin Van de Merlew
                Tel. No. (617) 425-3198

2.     Pinnacle Health Consultants, LLC
       1111 Marcus Ave., Suite 107
       Lake Success, NY 11042

       Attn:   Andrew Blatt
       Tel. No. (516) 326-2002

3. LECG, LLC
    2000 Powell St.
    Suite 600
    Emeryville, CA 94608
    Attn: Jennifer L. Stout
    Tel. No. (503) 670-7772

Dated: New York, New York
       June 21, 2010

                                                                               DIANA G. ADAMS
                                                                               UNITED STATES TRUSTEE

_____By:  /s/ Richard C. Morrissey
                                                                                   Richard C. Morrissey
                                                                                   Trial Attorney
                                                                                   33 Whitehall Street, 21st Floor
                                                                                  New York, New York  10004
                                                                                  Tel. No. (212) 510-0500